# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES RICHARD WISE**                                            **PLAINTIFF**

**V.**                    **CASE NO. 4:18-CV-203-JM-BD**

**LEPARD, et al.**                                                      **DEFENDANTS**

## ORDER

On March 19, 2018, James Richard Wise filed the complaint in this case claiming that officers at the Boone County Jail used excessive force against him. Boone County lies in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Harrison Division, J. Smith Henley Federal Building, 402 North Walnut Street, Harrison, Arkansas, 72601-3630.[1]

IT IS SO ORDERED, this 29th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The mailing address for the Harrison Division is John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 510, Fayetteville, Arkansas, 72701-5354.